USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-19-2020

**KOSTELANETZ & FINK, LLP**

7 WORLD TRADE CENTER, 34TH FLOOR
NEW YORK, NEW YORK 10007

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

February 18, 2020

*[Handwritten: 2/19/2020 Permission to travel (w) is granted. So ordered. Paul Crotty USDJ]*

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Samuel Ashkenazi, et. al.*
12 Cr. 00581 (PAC); 12 Cr. 00598 (PAC); and 13 Cr. 00283 (PAC)

Dear Judge Crotty:

As the Court is aware, we represent Samuel Ashkenazi in the above-referenced matters. Mr. Ashkenazi was released from prison in August 2017 and is currently under the supervision of the probation department in the Eastern District of New York. Mr. Ashkenazi has been compliant with the terms of his supervised release and has been designated to the probation department's low-intensity unit. We write to request that Mr. Ashkenazi be permitted to travel to Israel from February 20, 2020 to February 24, 2020, so that he can attend a family celebration. We apologize for the last minute nature of this request: Mr. Ashkenazi's daughter was due to give birth this past Sunday, February 16, 2020, and Mr. Ashkenazi did not expect to be able to attend the family event in Israel because he would have been unable to attend the bris ceremony, which is required to be held within eight days from the date of birth. However, his daughter has